B6C (Official Form 6C)(04/10)

In re   Richard Alan Pierce
        Debtor

Case No.   14-5-4584 SLJ
            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

The state under which the Debtor's exemptions are determined: California     ☐ Homestead exemption claimed over $155,675.

Debtor elects the exemptions to which the Debtor is entitled under:
☐ Exemptions provided under 11 U.S.C. §522(d).  (Federal Exemptions)
☒ 11 U.S.C. §522(b)(3): Exemptions available under applicable federal laws, state or local laws and the Debtor's interest as a tenant by the entirety or joint tenancy to the extent the interest is exempt from process under applicable nonbankruptcy law. (State Exemptions)
  ☐ C.C.P. §703.140(b). (Modified Federal Exemptions under California law)
  ☒ C.C.P. §704.  (California Exemptions)
Applicability of C.C.P. §703.140(a)(2):  Not applicable

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT, VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash | -- | 0 | 1,000 |
| Wells Fargo Bank | .070 | 1,200 | 1,600 |
| Bank of America | -- | 0 | 50 |
| Star One Credit Union | -- | 0 | 0 |
| Household Furnishings and Goods | .020 | 1,000 | 1,000 |
| Misc. personal effects | .020 | 100 | 100 |
| Miscellaneous Wearing Apparel | .020 | 100 | 100 |
| Jewelry & watch | .040 | 1,000 | 1,000 |
| Accounts Receivables ($35,000 x 70% = 24,500 minus tee fees & c/s) | -- | 0 | 18,850 |
| Claim against USS Cal Builders, et al | -- | 0 | Unknown |
| 2009 Yamaha dirtbike ($300 minus c/s & tee fees) | -- | 0 | 255 |
| 2 - 2014 Honda dirtbikes ($2,500 minus c/s & tee fees) | -- | 0 | 2,125 |
| 2014 Harley Davidson Sportster 1200T ($6,000 minus c/s & tee fees) | -- | 0 | 5,100 |
| 2014 Harley Davidson Sportster 883 ($5,000 minus c/s & tee fees) | -- | 0 | 4,250 |
| 2010 BMW 650i + insurance proceeds ($53,000 minus c/s & tee fees) | -- | 0 | 45,050 |
| 2010 Chev Suburban | -- | 0 | 19,250 |
| 2004 Chev Silverado 3500 work truck ($10,000 minus c/s & tee fees) | .010 | 2,900 | 9,000 |
| 2010 Chev Silverado 2500 work truck ($12,500 minus c/s & tee fees) | -- | 0 | 10,625 |
| 2014 Chev Silverado 1500 work truck - hi miles & damage ($25,000 minus c/s & tee fees) | .060 | 4,850 | 21,167 |

B6C (Official Form 6C)(04/10)

In re  Richard Alan Pierce  
         Debtor

Case No.  14-5-4584 SLJ  
       (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT, VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2005 Chev 2500 work truck - poor ($3,500 minus c/s & tee fees) | - - | 0 | 2,800 |
| 2007 Ford F350 - poor ($3,500 minus c/s & tee fees) | - - | 0 | 2,800 |
| 2013 Chev 2500 work truck - poor ($10,000 minus c/s & tee fees) | - - | 0 | 8,000 |
| Boat: 2007 Mastercraft ski boat & trailer ($25,000 minus c/s & tee fees) | - - | 0 | 21,250 |
| Office equipment ($200 minus c/s & tee fees) | - - | 0 | 170 |
| Business equipment & tools of the trade ($5,000 minus c/s & tee fees) | .060 | 2,775 | 4,389 |
| Inventory ($500 minus c/s & tee fees) | - - | 0 | 425 |
| Additional net insurance proceeds from demolished 2010 BMW ($2,200 minus tee fees) | - - | 0 | 2,090 |