| Debtor 1: Richard Alan Pierce | | Check if this is: | |
|---|---|---|---|
| Debtor 2: | | ☐ An amended filing | |
| Case No. 14-5-4584 SLJ | | ☐ A supplement showing post-petition chapter 13 income as of the following date: [enter date] | |

## Official Form B 6I – Schedule I: Your Income

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. "n/a" means "not applicable."

| PART 1: | Describe Employment | | |
|---|---|---|---|
| 1. Fill in your employment information. [List each job separately]. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | | | |
| Employed? | Debtor 1: Yes | Debtor 2: (non-filing spouse) Yes | |
| **Debtor 1 or 2** | **Job 1: Debtor 1** | **Job 2: Debtor 2** | **Job 3: n/a** |
| Occupation | Plumbing contractor | Disabled – Sales & Marketing Dir | |
| Employer's Name | Pierce Plumbing (self-employed) | Bio-Reference Laboratories | |
| Employer's Address | 1631 Rogers Ave | Winchester Blvd | |
| | San Jose CA | Campbell CA | |
| How long employed? | 22 yrs | 1 yrs | |
| **PART 2:** | **Give Details About Monthly Income** | | |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated. If you or your spouse have more than one employer, combine the information for all employers per person on the lines below. 2. "Monthly gross" includes monthly gross wages, salary, and commissions (before all payroll deductions). 3. Estimate monthly overtime. 8.c. List family support payments received by you, a non-filing spouse, or a dependent regularly receive. 11. Include contributions [to expenses listed in Schedule J] from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| Debtor 1 or 2 | Debtor 1 Totals | Debtor 2 Totals | |
|---|---|---|---|
| 2. Monthly gross | 0 | 11,217 | |
| 3. Monthly overtime | 0 | 0 | |
| 4. (Total) gross | 0 | 11,217 | |
| 5. Deductions | | | |
| a. Tax, Medicare, etc | 0 | 2,556 | |
| b. Mandatory retirement | 0 | 0 | |
| c. Voluntary retirement | 0 | 0 | |
| d. Retirement loan pmts | 0 | 0 | |
| e. Insurance | 0 | 426 | |
| f. Domestic support | 0 | 0 | |
| g. Union dues | 0 | 0 | |
| h. | 0 | 0 | |
| 6. (Total) deductions | 0 | 2,982 | |
| 7. Mo take-home pay | 0 | 8,235 | |
| 8. Other regular income | | | |
| a. Property or business | | | |
| Total gross income | 74,562 | 0 | |
| Minus expenses | 60,788 | 0 | |
| Total mo net income | | | |
| b. Interest & dividends | 0 | 0 | |
| c. Family support rec'd | 0 | 0 | |
| d. Unemployment comp | 0 | 0 | |
| e. Social Security | 0 | 0 | |
| f. Other govt (specify) | 0 | 0 | |
| g. Pension or retirement | 0 | 0 | |
| h. | 0 | 0 | |
| 9. Total other income | 13,774 | 0 | Total Net Debtor 1 + Debtor 2 |
| 10. Total net mo income | 13,774 | 8,235 | 22,009 |
| 11. Other contributions | Source | Monthly Contribution | |
| | | | |
| | | Total other contributions | 0 |
| 12. Grand total | (combined monthly income) | | 22,009 |
| 13. Do you expect an increase or decrease within the year after you file this form? If yes, explain: Debtor's non-filing spouse (she is in her own existing Chapter 13 case No. 09-6-0401 SLJ) is currently disabled and unable to work. This schedule includes all of her income as if she was not disabled. The length of her disability is unknown, and during the time of her disability she will only be receiving State Disability Insurance (which she had not receieved as of the filing date). | | | Yes |

| Debtor 1: Richard Alan Pierce | | Check if this is: | |
|---|---|---|---|
| Debtor 2: | | | An amended filing |
| Case No. 14-5-4584 SLJ | | | A supplement showing post-petition chapter 13 income as of the following date: [enter date] |

## *Official Form B 6I* – Schedule I: Your Income – Property/Business Details

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. 1. Use partial address for real property or abbreviated business name for identification purposes. "Mo gross income" means total gross without deducting for costs of goods, which shall be deducted under expenses. "Mo gross income" shall mean expected gross income for the property or business, going forward after the filing of the bankruptcy. "Ordinary expenses" shall mean expenses that are incurred in the reasonable maintenance of the property or incurred in the reasonable operation of the business. "Supplies" included in 3.g. shall not duplicate amounts included in "Costs of goods," line 3.u. 5. "Net mo income" for each Property/Business equals Line 4 subtracted from Line 2.

| Debtor 1 or 2 | P/B 1: Debtor 1 | P/B 2: n/a | P/B 3: n/a |
|---|---|---|---|
| 1. Name of P/B | Pierce Plumbing | | |
| **2. Mo gross income** | 74,562 | | |
| 3. Ordinary expenses | | | |
| a. Rent | 3,288 | | |
| b. Employee payroll | 0 | | |
| c. Contract services | 38,000 | | |
| d. Employee benefits | 0 | | |
| e. Equip lease payments | 0 | | |
| f. Direct secd debt pmts | 0 | | |
| g. Supplies | 500 | | |
| h. Utilities | 570 | | |
| i. Internet | 30 | | |
| j. Telephone | 0 | | |
| k. Repairs, maintenance | 0 | | |
| l. Misc office expense | 0 | | |
| m. Misc bank, cc fees | 0 | | |
| n. Misc – other | 0 | | |
| o. Advertising | 0 | | |
| p. Travel, entertainment | 2,200 | | |
| q. Professional fees | 200 | | |
| r. Prof fees – payroll svc | 0 | | |
| s. Insurance | | | |
| Liability | 0 | | |
| Vehicle | 0 | | |
| Worker's compensation | 0 | | |
| Surety bond | 0 | | |
| | 0 | | |
| t. Taxes | | | |
| Payroll | 0 | | |
| Sales | 0 | | |
| | 0 | | |
| u. Costs of goods | 16,000 | | |
| v. Other | 0 | | |
| | | | |
| **4. Total mo expenses** | 60,788 | | |
| | | | |
| **5. Net mo income** | 13,774 | | |

Case: 14-54584   Doc# 28   Filed: 12/11/14   Entered: 12/11/14 15:55:44   Page 2 of 2