| Form 22C (Chapter 13) (01/08) | According to the calculations required by this statement: (Check as directed on Lines 17 and 23 of this statement.) | ☐ The applicable commitment period is 3 years. |
|---|---|---|
| In re: Richard Alan Pierce | | ☒ The applicable commitment period is 5 years. |
| Case No. 14-5-4584 SLJ | | ☒ Disposable income is determined under Sec. 1325(b)(3). |
| | | ☐ Disposable income is not determined under Sec. 1325(b)(3). |

# STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME
## FOR USE IN CHAPTER 13 - AMFI

In addition to Schedules I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

## Part I. Report of Income

1. Marital/filing status. Check the box that applies and complete the balance of this part of this statement as directed.
   a. ☐ Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10.
   b. ☒ Married. Complete only Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.

All figures must reflect average monthly income for the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before filing. If you received different amounts of income during these six months, you must total the amounts received during the six months, divide this total by six, and enter the result on the appropriate line.

| | | | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|---|---|
| 2. | Gross wages, salary, tips, bonuses, overtime, commissions. | | | 0 | 11,217 |
| 3. | Income from the operation of a business, profession, or farm. Subtract Line b from Line a and enter the difference on Line 3. Do not enter less than zero. Do not include Line b amounts in Part IV. | a. Gross receipts | 74,562 | 74,562 | 0 |
| | | b. Ordinary necessary expenses | 0 | 0 | 0 |
| | | c. Business income | | 74,562 | 0 |
| 4. | Rent or other real property income. Subtract Line b from Line a and enter the difference on Line 4. Do not enter less than zero. Do not include Line b amounts in Part IV. | a. Gross receipts | 0 | 0 | 0 |
| | | b. Ordinary necessary expenses | 0 | 0 | 0 |
| | | c. Rental income | | 0 | 0 |
| 5. | Interest, dividends, and royalties. | | | 0 | 0 |
| 6. | Pension and retirement income. | | | 0 | 0 |
| 7. | Regular contributions to the household expenses of the debtor or the debtor's dependents, including child or spousal support. Do not include contributions from the debtor's spouse. | | | 0 | 0 |
| 8. | Unemployment compensation. Enter the amount in Column A and, if applicable, in Column B. However if you contend that such income was a benefit under the Social Security Act, do not list in Column A or B, but as indicated adjacent hereto. | Debtor claimed under SSA | 0 | | |
| | | Spouse claimed under SSA | 0 | | |
| | | Total not under SSA | | 0 | 0 |
| 9. | Income from all other sources. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. Specify source and amount. | | | 0 | 0 |
| | | | | 0 | 0 |
| | | Total | | 0 | 0 |
| 10. | Subtotal. Add Lines 2 through 9 in Columns A and B separately. Enter the totals. | | | 74,562 | 11,217 |
| 11. | Total. If Column B has been completed, add Columns A and B of Line 10. Enter here. | | | 85,779 | |

## Part II. Calculation of Sec. 1325(b)(4) Commitment Period

| 12. | Enter the amount from Line 11. | | | 85,779 |
|---|---|---|---|---|
| 13. | Marital adjustment. If you are married, not filing with your spouse, and if the Commitment Period [Sec 1325(b)(4)] does not require your spouse's income, enter the amount not contributed to the household. | a. Wife's separate property mortgage pmts | 4,942 | |
| | | b. Wife's separate property tax pmts | 550 | |
| | | c. Wife's Ch 13 plan pmt ($58,426 /60) | 973 | 6,465 |
| 14. | Subtract Line 13 from Line 12 and enter the result. | | | 79,314 |
| 15. | Annualized Current Monthly Income for Sec. 1325(b)(4). Multiply the amount from Line 14 by 12 and enter here. | | | 951,768 |
| 16. | Applicable Median Family Income. | a. Debtor's state of residence | California | |
| | | b. Debtor's household size | 6 | |
| | | Applicable Median Family Income | | 94,350 |
| 17. | Application of Sec. 1325(b)(4). Check as applicable and proceed as directed. | ☐ The amount on Line 15 is less than the amount on Line 16. Check "The applicable commitment period is 3 years" at the top of this page and complete Part VII. Do not complete parts III - VI. | | |
| | | ☒ The amount on Line 15 is not less than the amount on Line 16. Check "The applicable commitment period is 5 years" at the top of this page and continue with Part III of this statement. | | |

Form 22C CHAPTER 13 - AMFI    Richard Alan Pierce    Page 1 of 4 Pages

## Part III. Application of Sec. 1325(b)(3) for Determining Disposable Income

| 18. | Enter the amount from Line 11. | | | 85,779 |
|---|---|---|---|---|
| 19. | Marital adjustment. If you are married, not filing with your spouse, and your Disposable Income does not include your spouse's income, enter the amount not contributed to the household. | a. Wife's separate property mortgage pmts | 4,942 | |
| | | b. Wife's separate property tax pmts | 550 | |
| | | c. Wife's Ch 13 plan pmt ($58,426 /60) | 973 | 6,465 |
| 20. | Current monthly income for Sec. 1325(b)(3). Subtract Line 19 from Line 18 and enter the result. | | | 79,314 |
| 21. | Annualized current monthly income for Sec 1325(b)(3). Multiply Line 20 by 12 and enter here. | | | 951,768 |
| 22. | Applicable median family income. Enter the amount from Line 16. | | | 94,350 |
| 23. | Application of Sec. 1325(b)(3). Check as applicable and proceed as directed. | [X] The amount on Line 21 is more than the amount on Line 22. Check "Disposable income is determined under Sec. 1325(b)(3)" at the top of page 1 and complete the remaining parts of this statement. | | |
| | | [ ] The amount on Line 21 is not more than the amount on Line 22. Check "Disposable income is not determined under Sec. 1325(b)(3)" at the top of page 1 and complete Part VII. Do not complete Parts IV - VI. | | |

## Part IV. Calculations of Deductions Allowed Under Sec. 707(b)(2)

| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | | | | |
|---|---|---|---|---|---|
| 24A. | National Standards: food, clothing, household supplies, personal care, and miscellaneous. Enter the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable family size and income level. | | | | 2,078 |
| 24B. | National Standards: healthcare | | | Add c1 and c2: | 360 |
| | Household members under 65 years of age | | Household members 65 years of age or older | | |
| | a1. Allowance per member | 60 | a2. Allowance per member | 144 | |
| | b1. Number of members | 6 | b2. Number of members | 0 | |
| | c1. Subtotal | 360 | c2. Subtotal | 0 | |
| 25A. | Local Standards: housing and utilities; non-mortgage expenses. Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. | | | | 638 |
| 25B. | Local Standards: housing and utilities; mortgage/rent expenses. Use IRS Standards for your county and family size. Subtract Line b from Line a and ender the difference on Line c. Do not enter any amount less than zero. | a. IRS Standards amount | | 3,354 | |
| | | b. Average Monthly Payment for debts secured by your home, if any, as stated on Line 47 | | 0 | |
| | | c. Net mortgage/rental expense | | | 3,354 |
| 26. | Local Standards: housing and utilities; adjustment. If you contend you are entitled any additional amount state the basis for your contention in the box to the right. | | | | 0 |
| 27A. | Local Standards: transportation; vehicle operation/public transportation. Enter the number of vehicles (0, 1, or 2) for which you pay or for which expenses are a contribution on Line 7 | Number of vehicles | | 2 | |
| | | Applicable expense allowance | | | 612 |
| 27B. | Local Standards: transportation; additional public transportation expense. | | | | 182 |
| 28. | Vehicle 1: Local Standards; transportation ownership/lease expense. Enter the number of vehicles (1 or 2) for which you claim an ownership/lease expense. Subtract Line b from Line a and enter the difference on Line c. Do not enter less than zero. | Number of vehicles claimed (1 or 2) | | 2 | |
| | | a. IRS First Vehicle Ownership Standard Amt | | 517 | |
| | | b. Average Payment (Line 47) for this vehicle | | 108 | |
| | | c. Net ownership/lease expense for this vehicle | | | 409 |
| 29. | Vehicle 2: Local Standards; transportation ownership/lease expense. Subtract Line b from Line a and enter the difference on Line c. Do not enter less than zero. | a. IRS Second Vehicle Ownership Standard Amt | | 517 | |
| | | b. Average Payment (Line 47) for this vehicle | | 75 | |
| | | c. Net ownership/lease expense for this vehicle | | | 442 |
| 30. | Other Necessary Expenses; taxes. Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. | | | | 4,556 |
| 31. | Other Necessary Expenses; mandatory payroll deductions. Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. Do not include discretionary amounts, such as non-mandatory 401(k) contributions. | | | | 0 |
| 32. | Other Necessary Expenses; life insurance. Enter average monthly premiums that you actually pay for term life insurance for yourself. Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance. | | | | 0 |
| 33. | Other Necessary Expenses; court-ordered payments. Enter total monthly amount that you are required to pay pursuant to court order, such as spousal or child support payments. Do not include payments on past due support obligations included in Line 49. | | | | 0 |
| 34. | Other Necessary Expenses; education for employment or for a physically or mentally challenged child. Enter the total monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | | | | 3,000 |
| 35. | Other Necessary Expenses; childcare. Enter the average monthly amount that you actually expend on childcare. Do not include payments made for children's education. | | | | 0 |
| 36. | Other Necessary Expenses; health care. Enter average monthly amount that you actually expend on health care expenses that are not reimbursed by insurance or paid by a health savings account, in excess of amount claimed on Line 24B. Do not include payments for health insurance listed on Line 39. | | | | 0 |
| 37. | Other Necessary Expenses; telecommunications services. Enter average monthly expenses that you actually pay, other than for basic telephone and cell phones - such as pagers, call waiting, caller identification, special long distance, or internet services necessary for the health and welfare of you or your dependents. Do not include any amount previously deducted. | | | | 50 |
| 38. | Total Expenses Allowed Under IRS Standards. Enter the total of Lines 24 through 37. | | | | 15,681 |

Case: 14-54584   Doc# 31   Filed: 12/11/14   Entered: 12/11/14 16:07:48   Page 2 of 4

| | Subpart B: Additional Expense Deductions under Sec. 707(b) | Note: Do not include any expenses that you have listed in Lines 24-37 | | |
|---|---|---|---|---|
| 39. | Health Insurance, Disability Insurance and Health Savings Account Expenses. List the average monthly amounts that are reasonably necessary for yourself, your spouse, or your dependents. | a. Health Insurance | 426 | |
| | | b. Disability Insurance | 0 | |
| | | c. Health Savings Account | 0 | |
| | | Amount actually spent if different: Total (a+b+c): | | 426 |
| 40. | Continued contributions to the care of household or family members. Enter the actual monthly expenses you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. Do not include payments listed on Line 34. | | | 1,000 |
| 41. | Protection against family violence. Enter any average monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. | | | 0 |
| 42. | Home energy costs in excess of the allowance specified by the IRS Local Standards. Enter the average monthly amount by which your home energy costs exceed the allowance in the IRS Local Standards for Housing and Utilities. You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary. | | | 0 |
| 43. | Education expenses for dependent children less than 18. Enter the average monthly expenses that you actually incur, not to exceed $156.25 per child, in providing elementary and secondary education for your dependent children less than 18 years of age. You must provide your case trustee with documentation demonstrating that the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards. | | | 0 |
| 44. | Additional food and clothing expense. Enter the average monthly amount by which your food and clothing exceed the combined allowances for food and apparel in the IRS Standards, not to exceed five percent of those combined allowances. You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary. | | | 0 |
| 45. | Continued charitable contributions. Enter the amount you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. Sec. 170(c)(1)-(2), not to exceed fifteen percent of gross income. | | | 0 |
| 46. | Total Additional Expense Deductions under Sec. 707(b). Enter the total of Lines 39 through 45. | | | 1,426 |

| | Subpart C: Deductions for Debt Payment | | | | |
|---|---|---|---|---|---|
| 47. | Future payments on secured claims. For each of your debts that is secured by an interest in property that you own, provide the specified information. The Average Monthly Payment is the total of all amounts contractually due to each secured creditor in the 60 months following the filing of the bankruptcy case, divided by 60. (In brackets: "1" = Vehicle 1, "2" = Vehicle 2, "h" = residence, "t" = taxes included in payments, and "i" = insurance included in payments.) (Column "TI" is checked if the payments include payment of taxes or insurance.) | Name of Creditor | Property Securing Debt | 60-Mo Avg | TI |
| | | Ally [1] | 10 Chev Silverado | 108 | |
| | | CA Check Cashing [2] | 04 Chev Silverado | 75 | |
| | | Premier One Credit Union | 10 Chev Suburban | 486 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | Total: Add lines above and any attachments. | | | 669 |
| 48. | Past due payments on secured claims. If any of the debts listed in Line 47 are in default, and the property securing the debt is necessary for your support or the support of your dependents, you may include in your deductions 1/60th of the amount that you must pay the creditor as a result of the default (the "cure amount") in order to maintain possession of the property. | Name of Creditor | Property Securing Debt | 60-Mo Avg | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | Total: Add lines above and any attachments. | | | 0 |
| 49. | Payments on priority claims. Enter the total of all priority claims (including priority child support and alimony claims), divided by 60. | | | | 1,083 |
| 50. | Chapter 13 administrative expenses. Multiply the amount in Line a by the amount in Line b and enter the resulting administrative expense. | a. Projected average monthly Chapter 13 plan pmt | 2,452 | | |
| | | b. Current multiplier for your district per EOUST | .061 | | |
| | | Average monthly Chapter 13 admin expense | | | 150 |
| 51. | Total Deductions for Debt Payments. Enter the total of Lines 47 through 50. | | | | 1,902 |

| 52. | Subpart D. Total of all deductions allowed under Sec. 707(b)(2). Enter the total of Lines 38, 46, and 51. | 19,009 |
|---|---|---|

## Part V. Determination of Disposable Income Under Sec. 1325(b)(2)

| 53. | Enter the amount from Line 20. (Current Monthly Income) | 79,314 |
|---|---|---|
| 54. | Support income. Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, included on Line 7, that you received in accordance with applicable non-bankruptcy law, to the extent reasonably necessary to be expended for such child. | 0 |
| 55. | Qualified retirement deductions. Enter the monthly average of (a) all contributions or wage deductions made to qualified retirement plans, as specified in Sec. 541(b)(7), and (b) all repayments of loans from retirement plans, as specified in Sec. 362(b)(19). | 0 |
| 56. | Total of all deductions allowed under Sec. 707(b)(2). Enter the amount from Line 52. | 19,009 |

Form 22C CHAPTER 13 - AMFI    Richard Alan Pierce    Page 3 of 4 Pages

Case: 14-54584    Doc# 31    Filed: 12/11/14    Entered: 12/11/14 16:07:48    Page 3 of 4

| 57. | Deduction for special circumstances. Expenses for which there are no alternatives. Provide documentation and detailed explanations showing that such expenses are necessary and reasonable. | **Nature of Special Circumstances** | **Mo. Cost** | |
|---|---|---|---|---|
| | | Ordinary business expenses - not Special Circumstances | 60,961 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | Total: Add lines above and any attachments. | | 60,961 |
| 58. | Total adjustments to determine Disposable Income. Add the amounts on Lines 54, 55, 56, and 57, and enter here. | | | 79,970 |
| 59. | Monthly Disposable Income Under Sec. 1325(b)(2). Subtract Line 58 from Line 53 and enter here. | | | -656 |

## Part VI. Additional Expense Claims

| 60. | Other Expenses. List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction, reflecting your average monthly expenses. | | 0 | |
|---|---|---|---|---|
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | | 0 | |
| | | Total: Add lines above and any attachments. | | 0 |

## Part VII. Verification

61. I declare under penalty of perjury that the information provided in this statement is true and correct. (If this is a joint case, both debtors must sign.)

Dated: 12-11-14

Debtor, Richard Alan Pierce