In re   Richard Alan Pierce                                    Case No. 14-5-4584 SLJ

                                                               Chapter 13

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 19 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  _12 – 11 –14_                    Signature: _____
                                                  Debtor       Richard Alan Pierce

Date _____       Signature: _____
                                                  Joint Debtor
                                                  [If joint case, both spouses must sign.]

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,       Social Security No.
of Bankruptcy Petition Preparer                (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                           _____
                                           [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Northern District of California

In re   Richard Alan Pierce

Case No. 14-5-4584 SLJ

Chapter 13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0 | | |
| B - Personal Property | Yes | 3 | 182,446 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 97,140 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 65,000 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 168,548 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 82,797 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 2 | | | 80,797 |
| TOTAL | | 18 | 182,446 | 330,688 | |

# United States Bankruptcy Court

## Northern District of California

In re   Richard Alan Pierce

Case No. 14-5-4584 SLJ

Chapter 13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 65,000 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0 |
| Student Loan Obligations (from Schedule F) | 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0 |
| **TOTAL** | 0 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 22,009 |
| Average Expenses (from Schedule J, Line 18) | 20,009 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 85,779 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 9930 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | 65,000 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0 |
| 4. Total from Schedule F | | 168,548 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 178,478 |

In re  Richard Alan Pierce
_____
            Debtor

Case No.  14-5-4584 SLJ
          _____
            (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total: | 0 | |

B6B (Official Form 6B)(12/07)

In re   Richard Alan Pierce                    Case No.    14-5-4584 SLJ
                Debtor                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | | 1,000 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Bank | | 1,600 |
| | | Bank of America | | 50 |
| | | Star One Credit Union | | 0 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Furnishings and Goods | | 1,000 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. personal effects | | 100 |
| 6. Wearing apparel. | | Miscellaneous Wearing Apparel | | 100 |
| 7. Furs and jewelry. | | Jewelry & watch | | 1,000 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Education IRAs as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Schedule B. Page 1 of 4 pages

Case: 14-54584    Doc# 33    Filed: 12/11/14    Entered: 12/11/14 16:19:14    Page 5 of 23

In re   Richard Alan Pierce
_____
                Debtor

Case No.   14-5-4584 SLJ
              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Partnerships or joint ventures. Itemize. | X | | | |
| 15. Bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivables ($35,000 x 70% = 24,500 minus tee fees & c/s) | | 18,850 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claim against USS Cal Builders, et al | | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Schedule B. Page 2 of 4 pages

In re   Richard Alan Pierce
_____
              Debtor

Case No.   14-5-4584 SLJ
                (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 Yamaha dirtbike<br>($300 minus c/s & tee fees) | | 255 |
| | | 2 - 2014 Honda dirtbikes<br>($2,500 minus c/s & tee fees) | | 2,125 |
| | | 2014 Harley Davidson Sportster 1200T<br>($6,000 minus c/s & tee fees) | | 5,100 |
| | | 2014 Harley Davidson Sportster 883<br>($5,000 minus c/s & tee fees) | | 4,250 |
| | | 2010 BMW 650i + insurance proceeds<br>($53,000 minus c/s & tee fees) | | 45,050 |
| | | 2010 Chev Suburban | | 19,250 |
| | | 2004 Chev Silverado 3500 work truck<br>($10,000 minus c/s & tee fees) | | 9,000 |
| | | 2010 Chev Silverado 2500 work truck<br>($12,500 minus c/s & tee fees) | | 10,625 |
| | | 2014 Chev Silverado 1500 work truck - hi miles & damage<br>($25,000 minus c/s & tee fees) | | 21,167 |
| | | 2005 Chev 2500 work truck - poor<br>($3,500 minus c/s & tee fees) | | 2,800 |
| | | 2007 Ford F350 - poor<br>($3,500 minus c/s & tee fees) | | 2,800 |
| | | 2013 Chev 2500 work truck - poor<br>($10,000 minus c/s & tee fees) | | 8,000 |
| 26.  Boats, motors, and accessories. | | Boat:<br>2007 Mastercraft ski boat & trailer<br>($25,000 minus c/s & tee fees) | | 21,250 |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Office equipment<br>($200 minus c/s & tee fees) | | 170 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | Business equipment & tools of the trade<br>($5,000 minus c/s & tee fees) | | 4,389 |
| 30.  Inventory. | | Inventory<br>($500 minus c/s & tee fees) | | 425 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |

Schedule B.  Page 3 of 4 pages

In re   Richard Alan Pierce                                    Case No.   14-5-4584 SLJ
                      Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | Additional net insurance proceeds from demolished 2010 BMW ($2,200 minus tee fees) | | 2,090 |

Schedule B.  Page 4 of 4 pages                                              Total:  |  $        182,446

In re  Richard Alan Pierce
—————————————————————————
            Debtor

Case No.   14-5-4584 SLJ
————————————————
                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

The state under which the Debtor's exemptions are determined:  California          ☐ Homestead exemption claimed over $155,675.

Debtor elects the exemptions to which the Debtor is entitled under:
☐ Exemptions provided under 11 U.S.C. §522(d).  (Federal Exemptions)
☒ 11 U.S.C. §522(b)(3):  Exemptions available under applicable federal laws, state or local laws and the Debtor's interest as a tenant by the entirety or joint tenancy to the extent the interest is exempt from process under applicable nonbankruptcy law. (State Exemptions)
  ☐ C.C.P. §703.140(b).  (Modified Federal Exemptions under California law)
  ☒ C.C.P. §704.  (California Exemptions)
  Applicability of C.C.P. §703.140(a)(2):  Not applicable

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT, VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash | - - | 0 | 1,000 |
| Wells Fargo Bank | .070 | 1,200 | 1,600 |
| Bank of America | - - | 0 | 50 |
| Star One Credit Union | - - | 0 | 0 |
| Household Furnishings and Goods | .020 | 1,000 | 1,000 |
| Misc. personal effects | .020 | 100 | 100 |
| Miscellaneous Wearing Apparel | .020 | 100 | 100 |
| Jewelry & watch | .040 | 1,000 | 1,000 |
| Accounts Receivables ($35,000 x 70% = 24,500 minus tee fees & c/s) | - - | 0 | 18,850 |
| Claim against USS Cal Builders, et al | - - | 0 | Unknown |
| 2009 Yamaha dirtbike ($300 minus c/s & tee fees) | - - | 0 | 255 |
| 2 - 2014 Honda dirtbikes ($2,500 minus c/s & tee fees) | - - | 0 | 2,125 |
| 2014 Harley Davidson Sportster 1200T ($6,000 minus c/s & tee fees) | - - | 0 | 5,100 |
| 2014 Harley Davidson Sportster 883 ($5,000 minus c/s & tee fees) | - - | 0 | 4,250 |
| 2010 BMW 650i + insurance proceeds ($53,000 minus c/s & tee fees) | - - | 0 | 45,050 |
| 2010 Chev Suburban | - - | 0 | 19,250 |
| 2004 Chev Silverado 3500 work truck ($10,000 minus c/s & tee fees) | .010 | 2,900 | 9,000 |
| 2010 Chev Silverado 2500 work truck ($12,500 minus c/s & tee fees) | - - | 0 | 10,625 |
| 2014 Chev Silverado 1500 work truck - hi miles & damage ($25,000 minus c/s & tee fees) | .060 | 4,850 | 21,167 |

In re   Richard Alan Pierce
_____
                Debtor

Case No.   14-5-4584 SLJ
_____
                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2005 Chev 2500 work truck - poor ($3,500 minus c/s & tee fees) | - - | 0 | 2,800 |
| 2007 Ford F350 - poor ($3,500 minus c/s & tee fees) | - - | 0 | 2,800 |
| 2013 Chev 2500 work truck - poor ($10,000 minus c/s & tee fees) | - - | 0 | 8,000 |
| Boat: 2007 Mastercraft ski boat & trailer ($25,000 minus c/s & tee fees) | - - | 0 | 21,250 |
| Office equipment ($200 minus c/s & tee fees) | - - | 0 | 170 |
| Business equipment & tools of the trade ($5,000 minus c/s & tee fees) | .060 | 2,775 | 4,389 |
| Inventory ($500 minus c/s & tee fees) | - - | 0 | 425 |
| Additional net insurance proceeds from demolished 2010 BMW ($2,200 minus tee fees) | - - | 0 | 2,090 |

## SCHEDULE D -- CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation page provided. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" including the entity on the appropriate schedule of creditors, and complete Schedule H -- Codebtors. If a joint petition is filed, state whether husband, wife (debtor 1 or debtor 2), both of them, or the marital community may be liable on each claim by indicating in the appropriate column.If the claim is contingent, place an "X" in the column labeled "Contingent" If the claim is unliquidated, place an "X" in the column labeled "Unliquidated" If the claim is disputed, place an "X" in the column labeled "Disputed" (You may need to place an "X" in more than one of these three columns.)Report the total of all claims listed on this schedule in the box labeled "Total" on the last page of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.    Number of continuation pages attached: 0

| Creditor's Name and Mailing Address including Zip Code  Account Number | C o d e b t o r | Husband/ Wife/ Debtor1/ Debtor2/ Joint/ Community | Date Claim Was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion if Any |
|---|---|---|---|---|---|---|---|---|
| Ally PO Box 9001948 Louisville KY 40290 | | | Secured by 2010 Chev Silverado 2500  Value: 12500 | | | | 6500 | |
| BMW Financial PO Box 78066 Phoenix AZ 85062  10011285 | | | Secured by 2010 BMW 650i + insurance proceeds  Value: 53000 | | | | 47800 | |
| CA Check Cashing 7001 Post Rd #300 Dublin OH 43016 | | | Secured by 2004 Chev Silverado 3500  Value: 12000 | | | | 4500 | |
| Joel + Dena Gambord + Wells Fargo, Trustees Gambord CRT c/o Ventana Property Svc 975 High St Palo Alto CA 94301 | | | Secd by Business Premises Lease  Value: 9160 | | | | 9160 | |
| Premier One Credit Union 140 Asbury St San Jose CA 95110 | | | Secured by 2010 Chev Suburban  Value: 19250 | | | | 29180 | 9930 |
| | | | Subtotal (Total of this page) | | | | 97140 | |
| | | | Total (Use only on last page) | | | | 97140 | (Report total also on Summary of Schedules) |

Note: The listing of a creditor herein is not an admission by the Debtor(s) as to the existence, validity, or the amount of said claim. Listing an entity as a creditor is intended merely to provide notice of the filing of this bankruptcy case, and every entity listed herein should consider its claim to be "Disputed" without a specific indication by their name and address, requiring filing a Proof of Claim with sufficient supporting documentation that shall establish prima facie evidence of the claim. Entities with listings indicated as "Disputed" are notices of the Debtor(s)' affirmative denial of the existence, validity, or amount of their claim.

# SCHEDULE E -- CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the pages provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached pages, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," including the entity on the appropriate schedule of creditors, and complete Schedule H -- Codebtors. If a joint petition is filed, state whether husband, wife (debtor 1 or debtor 2), both of them, or the marital community may be liable on each claim by indicating in the appropriate column. If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.) Report the total of claims listed on each page in the box labeled "Subtotal" on each page. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last page of the completed schedule. Repeat this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.   Number of continuation pages attached: 0

TYPES OF PRIORITY CLAIMS (Check the appropriate boxes below if claims in that category are listed on this or attached pages)

Totals

0   ☐   ADMINISTRATIVE EXPENSES.  Administrative expenses allowed under 11 U.S.C. 503(b) and any fees and charges assessed against the estate under chapter 123 of title 28.  11 U.S.C. 507(a)(2)

0   ☐   DOMESTIC SUPPORT.  Claims for domestic support to a spouse, former spouse, or child of the debtor or a governmental unit collecting such support provided in 11 U.S.C. 507(a)(1).

0   ☐   EXTENSIONS OF CREDIT IN AN INVOLUNTARY CASE.  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief, 11 U.S.C. 507(a)(3).

0   ☐   WAGES, SALARIES, AND COMMISSIONS.  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, and commissions owing to qualifying independent sales representatives, up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(4).

0   ☐   CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS.  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(5).

0   ☐   CERTAIN FARMERS AND FISHERMEN.  Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. 507(a)(6).

0   ☐   DEPOSITS BY INDIVIDUALS.  Claims of individuals up to $2,225 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. 507(a)(7).

65000   ☒ XX   TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS.  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. 507(a)(8).

0   ☐   COMMITMENTS TO MAINTAIN THE CAPITAL OF AN INSURED DEPOSITORY INSTITUTION.  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. 507(a)(9).

0   ☐   DRUNK INJURY OR DEATH.  Claims for death or personal injury resulting from the debtor's operation of motor vehicle or boat while intoxicated from using alcohol, drugs or another substance.  11 U.S.C. 507(a)(10).

* Amounts are subject to adjustment on April 1, 2001, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Type of Priority:  Taxes 11 U.S.C. 507(a)(8)

| Creditor's Name and Mailing Address including Zip Code<br><br>Account Number | C o d e b t o r | Husband/ Wife/ Debtor1/ Debtor2/ Joint/ Community | Date Claim Was Incurred, and Consideration for Claim | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Franchise Tax Board - SPF<br>PO Box 2952<br>Sacramento CA 95812 | | | 540: 2010 - 2013 | | | | 15000 | 15000 |
| IRS - Insolvency<br>PO Box 7346<br>Philadelphia PA 19101 | | | 1040: 2010 - 2013 | | | | 50000 | 50000 |

Note:  The listing of a creditor herein is not an admission by the Debtor(s) as to the existence, validity, or the amount of said claim.  Listing an entity as a creditor is intended merely to provide notice of the filing of this bankruptcy case, and every entity listed herein should consider its claim to be "Disputed" without a specific indication by their name and address, requiring filing a Proof of Claim with sufficient supporting documentation that shall establish prima facie evidence of the claim.  Entities with listings indicated as "Disputed" are noticed of the Debtor(s)' affirmative denial of the existence, validity, or amount of their claim.

| | |
|---|---|
| Subtotal (Total of this page) | 65000 |
| Total (Use only on last page) | 65000 |

(Report total also on Summary of Schedules)

In re: Richard Alan Pierce                                                          Case No. 14-5-4584 SLJ

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or property of the debtor as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife (debtor 1 or debtor 2), both of them, or the marital community may be liable on each claim by indicating in the appropriate column. If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.) Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.          Number of continuation pages attached: 5

| Creditor's Name and Mailing Address including Zip Code<br>Account Number | Codebtor | Husband/ Wife/ Debtor1/ Debtor2/ Joint/ Community | Date Claim Was Incurred, and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| AllianceOne Receivables Mgmt<br>6160 Mission Gorge Rd #300<br>San Diego CA 92120 | | | Re: Santa Clara County | | | | 858 |
| ARC Document Solutions<br>1981 N Broadway #385<br>Walnut Creek CA 94596 | | | Plotter lease | | | | Notice Only |
| Arcadia Recovery Bur<br>PO Box 512020<br>Los Angeles CA 90051 | | | Dup. re: Radiological Assoc Med | | | | Notice Only |
| Capital One<br>PO Box 60599<br>City of Industry CA 91716<br><br>-0366 | | | | | | | 487 |
| CashCall<br>PO Box 66007<br>Anaheim CA 92816<br><br>8431447 | | | | | | | 2225 |
| | | | Subtotal (Total of this page) | | | | 3570 |
| | | | Total (Use only on last page) | | | | |

(Report total also on Summary of Schedules)

Note: The listing of a creditor herein is not an admission by the Debtor(s) as to the existence, validity, or the amount of said claim. Listing an entity as a creditor is intended merely to provide notice of the filing of this bankruptcy case, and every entity listed herein should consider its claim to be "Disputed" without a specific indication by their name and address, requiring filing a Proof of Claim with sufficient supporting documentation that shall establish prima facie evidence of the claim. Entities with listings indicated as "Disputed" are noticed of the Debtor(s)' affirmative denial of the existence, validity, or amount of their claim.

In re: Richard Alan Pierce

Case No. 14-5-4584 SLJ

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Page)

| Creditor's Name and Mailing Address including Zip Code / Account Number | Code Debtor | Husband/Wife/Debtor1/Debtor2/Joint/Community | Date Claim Was Incurred, and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Commercial Trade Inc<br>PO Box 10389<br>Bakersfield CA 93389 | | | Dup. re: Valley Yellow Pages | | | | Notice Only |
| ESP Receivables Mgmt<br>399 Asbury Dr<br>Mandeville LA 70471 | | | Dup. re: High Yield Industrial | | | | Notice Only |
| Fifteen Dollar Rooter Sewer + Drain<br>PO Box 26942<br>San Jose CA 95159 | | | | | | | 4500 |
| Financial Pacific Insurance<br>PO Box 45376<br>San Francisco CA 94145 | | | | | | | 514 |
| GB Collects<br>145 Bradford Dr<br>W Berlin NJ 08091 | | | Re: Kaiser Foundation Health Plan | | | | 2886 |
| Goldstein Enright<br>601 California St #1500<br>San Francisco CA 94108 | | | | | | | 141 |

Subtotal (Total of this page) | 8041

Total (Use only on last page)

(Report total also on Summary of Schedules)

Note: The listing of a creditor herein is not an admission by the Debtor(s) as to the existence, validity, or the amount of said claim. Listing an entity as a creditor is intended merely to provide notice of the filing of this bankruptcy case, and every entity listed herein should consider its claim to be "Disputed" without a specific indication by their name and address, requiring filing a Proof of Claim with sufficient supporting documentation that shall establish prima facie evidence of the claim. Entities with listings indicated as "Disputed" are noticed of the Debtor(s)' affirmative denial of the existence, validity, or amount of their claim.

In re: Richard Alan Pierce

Case No. 14-5-4584 SLJ

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Page)

| Creditor's Name and Mailing Address including Zip Code<br><br>Account Number | Code btor | Husband/ Wife/ Debtor1/ Debtor2/ Joint/ Community | Date Claim Was Incurred, and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Good Samaritan Hospital - Columbia<br>PO Box 99400<br>Louisville KY 40269 | | | | | | | 635 |
| Granite Creditors Svc<br>PO Box 228<br>Pacifica CA 94044 | | | Re: Michael Kan MD | | | | 2040 |
| Great American Plumbing Co<br>PO Box 26942<br>San Jose CA 95159 | | | | | | | Notice Only |
| High Yield Industrial<br>PO Box 93566<br>Las Vegas NV 89193 | | | | | | | 328 |
| Kaiser Foundation Health Plan<br>File 50016<br>Los Angeles CA 90074 | | | | | | | 9000 |
| Labor Commissioner - Cal D/LSE<br>100 Paseo de San Antonio #120<br>San Jose CA 95113 | | | Re: Juan Jose Martinez Zaragoza | | | X | 0 |
| | | | Subtotal (Total of this page) | | | | 12003 |
| | | | Total (Use only on last page) | | | | |

(Report total also on Summary of Schedules)

Note: The listing of a creditor herein is not an admission by the Debtor(s) as to the existence, validity, or the amount of said claim. Listing an entity as a creditor is intended merely to provide notice of the filing of this bankruptcy case, and every entity listed herein should consider its claim to be "Disputed" without a specific indication by their name and address, requiring filing a Proof of Claim with sufficient supporting documentation that would establish prima facie evidence of the claim. Entities with listings indicated as "Disputed" are noticed of the Debtor(s)' affirmative denial of the existence, validity, or amount of their claim.

In re: Richard Alan Pierce

Case No. 14-5-4584 SLJ

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Page)

Continuation Page 3 of 5.

| Creditor's Name and Mailing Address including Zip Code / Account Number | Codebtor | Husband/Wife/Debtor1/Debtor2/Joint/Community | Date Claim Was Incurred, and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Mark Feldman Esq<br>11030 Santa Monica Blvd #109<br>Los Angeles CA 90025 | | | Dup. re: USS Cal Builders | | | | Notice Only |
| NCO Financial<br>507 Prudential Rd<br>Horsham, PA 19044 | | | Dup. re: Goldstein Enright | | | | Notice Only |
| Pace Supply Corp<br>c/o William Hatcher Esq<br>114 Pierce St<br>Santa Rosa CA 95404 | | | San Jose Facility #114-CV-269450 + -265739 | | | X | 40000 |
| Radiological Assoc Med Gr<br>2410 Samaritan Dr #102<br>San Jose CA 95124 | | | | | | | 39 |
| Richard Price II Esq<br>1235 N Harbor Blvd #200<br>Fullerton CA 92832 | | | Re: Powell + Assoc Inc | | | | 8450 |
| Safety Services Co<br>PO Box 27148<br>Tempe AZ 85285 | | | | | | | 455 |

| | Subtotal (Total of this page) | 48944 |
|---|---|---|
| | Total (Use only on last page) | |

(Report total also on Summary of Schedules)

Note: The listing of a creditor herein is not an admission by the Debtor(s) as to the existence, validity, or the amount of said claim. Listing an entity as a creditor is intended merely to provide notice of the filing of this bankruptcy case, and every entity listed herein should consider its claim to be "Disputed" without a specific indication by their name and address, requiring filing a Proof of Claim with sufficient supporting documentation that shall establish prima facie evidence of the claim. Entities with listings indicated as "Disputed" are noticed of the Debtor(s)' affirmative denial of the existence, validity, or amount of their claim.

In re: Richard Alan Pierce                                                    Case No. 14-5-4584 SLJ

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Page)

| Creditor's Name and Mailing Address including Zip Code<br><br>Account Number | C o d e b t o r | Husband/ Wife/ Debtor1/ Debtor2/ Joint/ Community | Date Claim Was Incurred, and Consideration for Claim. If Claim Is Subject to Setoff, So State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Sandman Inc dba Star Concrete<br>1404 S 7th St<br>San Jose CA 95112 | | | San Jose Facility #114-SC-056425 | | | | 735 |
| Stanford Hospital + Clinics<br>PO Box 742136<br>Los Angeles CA 90074 | | | | | | | 100 |
| Todd Rothbard Esq<br>100 Saratoga Ave #200<br>Santa Clara CA 95051 | | | Dup. re: Joel + Dena Gambord + Wells Fargo, Trustees | | | | Notice Only |
| UA Local 393<br>c/o Mark Renner Esq<br>2125 Canoas Garden Ave #120<br>San Jose CA 95125 | | | 114-CV-270491 | | | X | 0 |
| UA Local 393 Pension Trustees<br>c/o Mark Renner Esq<br>2125 Canoas Garden Ave #120<br>San Jose CA 95125 | | | ND/CA Dist Ct 514-CV-00738 | | | X | 77355 |
| USS Cal Builders<br>8051 Main St<br>Stanton CA 90680 | | | San Mateo Facility #CIV-528738 | | | X | Notice Only |
| | | | Subtotal (Total of this page) | | | | 78190 |
| | | | Total (Use only on last page) | | | | |

(Report total also on Summary of Schedules)

Note: The listing of a creditor herein is not an admission by the Debtor(s) as to the existence, validity, or the amount of said claim. Listing an entity as a creditor is intended merely to provide notice of the filing of this bankruptcy case, and every entity listed herein should consider its claim to be "Disputed" without a specific indication by their name and address, requiring filing a Proof of Claim with sufficient supporting documentation that shall establish prima facie evidence of the claim. Entities with listings indicated as "Disputed" are noticed of the Debtor(s)' affirmative denial of the existence, validity, or amount of their claim.

In re: Richard Alan Pierce

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Page)

| Creditor's Name and Mailing Address including Zip Code<br><br>Account Number | C o d e b t o r | Husband/ Wife/ Debtor1/ Debtor2/ Joint/ Community | Date Claim Was Incurred, and Consideration for Claim. If Claim Is Subject to Setoff, So State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Valley Yellow Pages<br>1850 N Gateway Blvd. #132<br>Fresno CA  93727 | | | | | | | 2800 |
| | | | Fresno Facility #11-CECL-01876 | | | | |
| Volkswagen Credit<br>PO Box 7572<br>Libertyville IL 60048<br><br>W871954547 + W871976492 | | | | | | | 15000 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Subtotal (Total of this page) | | | 17800 |
| | | | | Total (Use only on last page) | | | 168548 |

(Report total also on Summary of Schedules)

Note:  The listing of a creditor herein is not an admission by the Debtor(s) as to the existence, validity, or the amount of said claim.  Listing an entity as a creditor is intended merely to provide notice of the filing of this bankruptcy case, and every entity listed herein should consider its claim to be "Disputed" without a specific indication by their name and address, requiring filing a Proof of Claim with sufficient supporting documentation that shall establish prima facie evidence of the claim.  Entities with listings indicated as "Disputed" are noticed of the Debtor(s)' affirmative denial of the existence, validity, or amount of their claim.

## SCHEDULE G -- EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

Number of continuation pages attached: ___0___

| Name and Mailing Address Including Zip Code of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| Joel & Dena Gambord et al see debt listing | Business premises lease |
| ARC Document Solutions see debt listing | Plotter lease |

## SCHEDULE H -- CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐☒ Check this box if debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

| Debtor 1: Richard Alan Pierce | | Check if this is: | |
|---|---|---|---|
| Debtor 2: | | An amended filing | |
| Case No. 14-5-4584 SLJ | | A supplement showing post-petition chapter 13 income as of the following date: [enter date] | |

### *Official Form B 6I* – Schedule I: Your Income

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. "n/a" means "not applicable."

| PART 1: | Describe Employment | | |
|---|---|---|---|

1. Fill in your employment information. [List each job separately]. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies.

| Employed? | Debtor 1: Yes | Debtor 2: (non-filing spouse) Yes | |
|---|---|---|---|
| **Debtor 1 or 2** | **Job 1: Debtor 1** | **Job 2: Debtor 2** | **Job 3: n/a** |
| Occupation | Plumbing contractor | Disabled – Sales & Marketing Dir | |
| Employer's Name | Pierce Plumbing (self-employed) | Bio-Reference Laboratories | |
| Employer's Address | 1631 Rogers Ave | Winchester Blvd | |
| | San Jose CA | Campbell CA | |
| How long employed? | 22 yrs | 1 yrs | |

| PART 2: | Give Details About Monthly Income | | |
|---|---|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated. If you or your spouse have more than one employer, combine the information for all employers per person on the lines below. 2. "Monthly gross" includes monthly gross wages, salary, and commissions (before all payroll deductions). 3. Estimate monthly overtime. 8.c. List family support payments received by you, a non-filing spouse, or a dependent regularly receive. 11. Include contributions [to expenses listed in Schedule J] from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| Debtor 1 or 2 | Debtor 1 Totals | Debtor 2 Totals | |
|---|---|---|---|
| 2. Monthly gross | 0 | 11,217 | |
| 3. Monthly overtime | 0 | 0 | |
| 4. (Total) gross | 0 | 11,217 | |
| 5. Deductions | | | |
| a. Tax, Medicare, etc | 0 | 2,556 | |
| b. Mandatory retirement | 0 | 0 | |
| c. Voluntary retirement | 0 | 0 | |
| d. Retirement loan pmts | 0 | 0 | |
| e. Insurance | 0 | 426 | |
| f. Domestic support | 0 | 0 | |
| g. Union dues | 0 | 0 | |
| h. | 0 | 0 | |
| 6. (Total) deductions | 0 | 2,982 | |
| 7. Mo take-home pay | 0 | 8,235 | |
| 8. Other regular income | | | |
| a. Property or business | | | |
| Total gross income | 74,562 | 0 | |
| Minus expenses | 60,788 | 0 | |
| Total mo net income | | | |
| b. Interest & dividends | 0 | 0 | |
| c. Family support rec'd | 0 | 0 | |
| d. Unemployment comp | 0 | 0 | |
| e. Social Security | 0 | 0 | |
| f. Other govt (specify) | 0 | 0 | |
| g. Pension or retirement | 0 | 0 | |
| h. | 0 | 0 | |
| 9. Total other income | 13,774 | 0 | Total Net Debtor 1 + Debtor 2 |
| 10. Total net mo income | 13,774 | 8,235 | 22,009 |
| 11. Other contributions | *Source* | *Monthly Contribution* | |
| | | Total other contributions | 0 |
| 12. Grand total | (combined monthly income) | | 22,009 |

13. Do you expect an increase or decrease within the year after you file this form? If yes, explain: **Yes**
Debtor's non-filing spouse (she is in her own existing Chapter 13 case No. 09-6-0401 SLJ) is currently disabled and unable to work. This schedule includes all of her income as if she was not disabled. The length of her disability is unknown, and during the time of her disability she will only be receiving State Disability Insurance (which she had not received as of the filing date.

| Debtor 1: Richard Alan Pierce | Check if this is: |
|---|---|
| Debtor 2: | An amended filing |
| Case No. 14-5-4584 SLJ | A supplement showing post-petition chapter 13 income as of the following date: [enter date] |

### *Official Form B 6I* – Schedule I: Your Income – Property/Business Details

Be as complete and accurate as possible.  If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information.  If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.  If you are separated and your spouse is not filing with you, do not include information about your spouse.  1. Use partial address for real property or abbreviated business name for identification purposes. "Mo gross income" means total gross without deducting for costs of goods, which shall be deducted under expenses.  "Mo gross income" shall mean expected gross income for the property or business, going forward after the filing of the bankruptcy.  "Ordinary expenses" shall mean expenses that are incurred in the reasonable maintenance of the property or incurred in the reasonable operation of the business.  "Supplies" included in 3.g. shall not duplicate amounts included in "Costs of goods," line 3.u. 5. "Net mo income" for each Property/Business equals Line 4 subtracted from Line 2.

| Debtor 1 or 2 | P/B 1: Debtor 1 | P/B 2: n/a | P/B 3: n/a |
|---|---|---|---|
| 1. Name of P/B | Pierce Plumbing | | |
| **2. Mo gross income** | 74,562 | | |
| 3. Ordinary expenses | | | |
| a. Rent | 3,288 | | |
| b. Employee payroll | 0 | | |
| c. Contract services | 38,000 | | |
| d. Employee benefits | 0 | | |
| e. Equip lease payments | 0 | | |
| f. Direct secd debt pmts | 0 | | |
| g. Supplies | 500 | | |
| h. Utilities | 570 | | |
| i. Internet | 30 | | |
| j. Telephone | 0 | | |
| k. Repairs, maintenance | 0 | | |
| l. Misc office expense | 0 | | |
| m. Misc bank, cc fees | 0 | | |
| n. Misc – other | 0 | | |
| o. Advertising | 0 | | |
| p. Travel, entertainment | 2,200 | | |
| q. Professional fees | 200 | | |
| r. Prof fees – payroll svc | 0 | | |
| s. Insurance | | | |
| Liability | 0 | | |
| Vehicle | 0 | | |
| Worker's compensation | 0 | | |
| Surety bond | 0 | | |
| | 0 | | |
| t. Taxes | | | |
| Payroll | 0 | | |
| Sales | 0 | | |
| | 0 | | |
| u. Costs of goods | 16,000 | | |
| v. Other | 0 | | |
| | | | |
| **4. Total mo expenses** | 60,788 | | |
| | | | |
| **5. Net mo income** | 13,774 | | |

| Debtor 1: Richard Alan Pierce | Check if this is: |
|---|---|
| Debtor 2: | ☐ An amended filing |
| Case No. 14-5-4584 SLJ | ☐ A supplement showing post-petition chapter 13 income as of the following date: [enter date] |
| | ☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household. |

## *Official Form B 6J* – Schedule J: Your Expenses

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If Debtor 2 lives in a separate household, Debtor 2 must file a separate Schedule J.

**PART 1:** **Describe Your Household**

| 1. Is this a joint case? | If "No", go to line 2. | If Yes, does Debtor 2 live in a separate household? | Yes |
|---|---|---|---|
| | | | Yes |

2. Do you have dependents? [Debtor 1 and Debtor 2 do not count as dependents. Do not state dependent's names.]

| | Dependent 1 | Dependent 2 | Dependent 3 | Dependent 4 |
|---|---|---|---|---|
| Relationship to Debtor/s | son (disabled) | son | daughter | son |
| Age | 16 yrs | 13 yrs | 10 yrs | 10 yrs |
| Lives with Debtor/s? | Yes | Yes | Yes | Yes |
| Support received | | | | |
| Support paid | | | | Yes – as a deduction only |

3. Do your expenses include expenses of people other than yourself and your dependents?

| | Other 1 | Other 2 | Other 3 | Other 4 |
|---|---|---|---|---|
| Relationship to Debtor/s | Debtor's elderly mother | | | |
| Age | 68 yrs | | | |
| Lives with Debtor/s? | No | | | |

**PART 2:** **Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date. Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I*. 4. Include 1ˢᵗ mortgage (not junior mortgages) and any rent for the ground or lot. 4.a-d. Include only if not included on line 4. 12. Do not include car payments. 15. and 16. Exclude payroll deductions and items on lines 4 and 20.

| | | | | |
|---|---|---|---|---|
| 4. Rental / home expenses (incl 1ˢᵗ mtg) for residence | 4,942 | 16. Taxes | | |
| a. Real estate taxes | 550 | a. Debtor's estimated income taxes | | 2,000 |
| b. Property, homeowner's, or renter's insurance | 0 | 17. Installment or lease payments: | | |
| c. Home maintenance, repair, upkeep | 0 | a. Car payments for Vehicle 1 | | 0 |
| d. Homeowner's association or condominium dues | 0 | b. Car payments for Vehicle 2 | | 0 |
| 5. Additional mortgage payments for residence | 0 | c. | | 0 |
| 6. Utilities | | d. | | 0 |
| a. Electricity, heat, natural gas | 450 | 18. Alimony, maintenance, support (exclude payroll ded) | | 0 |
| b. Water, sewer, garbage collection | 100 | 19. Your payments supporting others not living with you | | |
| c. Telephone, cell phone, internet, satellite, cable | 543 | a. Debtor's elderly disabled mother | | 1,000 |
| d. | 0 | 20. Other real property expenses not in line 4 or 5 | | |
| 7. Food and housekeeping supplies | 1950 | a. Mortgages on other property | | 0 |
| 8. Childcare and children's education costs | 0 | b. Real estate taxes | | 0 |
| 9. Clothing, laundry, and dry cleaning | 418 | c. Property, homeowner's, renter's insurance | | 0 |
| 10. Personal care products and services | 50 | d. Maintenance, repair, and upkeep | | 0 |
| 11. Medical and dental expenses (incl expense*) | 3,075 | e. Homeowner's association or condominium dues | | 0 |
| 12. Transportation (gas, maintenance, bus or train fare) | 1,000 | 21. a. Contingency fund (see below) | | 2,500 |
| 13. Entertainment, clubs, recreation, newspapers, books | 350 | b. Wife's separate Ch 13 plan pmt (avgd) | | 973 |
| 14. Charitable contributions, religious donations | 28 | 22. Total monthly expenses (add lines 4-21) | | 20,009 |
| 15. Insurance | | 23. Calculate monthly net income | | |
| a. Life insurance | 0 | a. Copy line 12 from Schedule I | | 22,009 |
| b. Health insurance | 0 | b. Copy line 22 above (Schedule J) and subtract from 23.a | | 20,009 |
| c. Vehicle insurance | 80 | c. Equals monthly net income | | 2,000 |
| d. | 0 | | | |

| 24. Do you expect an increase or decrease within the year after you file this form? If yes, explain: | Yes |
|---|---|
| As stated on Schedule I, Debtor's non-filing spouse is disabled and this contingency fund is based on her being able to return to work full-time. If that will be possible at all is unknown. However, assuming she is able to, they will need to put money aside in the event she has a relapse of medical problems in the future. | |

\* Disabled son's special schooling is $3,000 monthly and is included in Line 11 Medical expenses.