James J. Gold, #80100
Norma L. Hammes, #80149
Jessica A. Begeman, #264853
GOLD and HAMMES, Attorneys
1570 The Alameda #223
San Jose, CA 95126
(408) 297-8750
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                                              Chapter 13
                                                                    Case No. 14-5-4584 SLJ
Richard Alan Pierce
                                                                    STATEMENT OF DEBTOR'S ATTORNEY RE
Debtor                              /                               MOTION FOR RELIEF FROM STAY

Hearing Date: March 3, 2015
Hearing Time: 10:30 a.m.
Judge: Stephen L. Johnson

On February 3, 2015, the hearing on the motion for relief from the automatic stay brought by the landlord of the Debtor's business premises was continued to March 3.

At that hearing, I stated that the motion was without any relevant facts being presented in its supporting declaration. There was a declaration, but the only facts offered to support relief from the automatic stay were the fact that the declarant believed certain things.

There were no facts as to relevant matters outside of the declarant's own head. Without any reasons for her beliefs, the declarant had only sworn that she had a belief that individuals were living in the business premises, and that she had a belief that if this were discovered by the civil authorities, the entire premises, including many other rented units would somehow suffer from unspecified wrath of the City of San Jose.

It is my own belief that the declarant's beliefs are unfounded. And, unlike the declarant, I can and will state reasons for my beliefs:

I have discussed the movant's declaration with the Debtor, who denied that there is or was anyone living in his business premises. Furthermore, I have discussed this with an attorney who is familiar with the department of Code Enforcement of the City of San Jose, and this attorney denied that, even were the facts as believed by the declarant, and even were residence in commercially-zoned premises an unpermitted use, the City of San Jose would simply issue a notice to cease the activity to the particular business where the individuals were found to reside and expect the individuals to move out within a specified period of time.

I have stated above the reasons for my beliefs. The landlord's declarant stated no reasons for her beliefs.

Furthermore, I believe that in order to grant relief from the automatic stay to allow the eviction of the Debtor from his business premises, the Court should have more basis than the landlord's belief that the leased property is being used for a purpose other what was contemplated when it was leased, and even when that use is combined with the landlord's further belief that some administrative action might be taken by a governmental agency in the possibility that it finds the purpose to be objectionable.

On February 13, 2015, I met personally with the Debtor and discussed many issues regarding his Chapter 13 case, among them the instant motion for relief from the automatic stay. That is when he told me that nobody was living in his leased premises.

I had hoped that the Debtor would be available to come to our office to sign a declaration in opposition to the moving papers, but to date, he has not been. Accordingly, I am responding with this document.

I am hopeful that the Debtor will be available between now and the March 3 hearing so that we can present a more-comprehensive statement, but in the meantime, I must rely on the insufficiency of the moving papers as the Debtor's defense.

Respectfully submitted,

Dated: 2-24-2015

James J. Gold

James J. Gold, #80100  
Norma L. Hammes, #80149  
Jessica A. Begeman, #264853  
GOLD and HAMMES, Attorneys  
1570 The Alameda #223  
San Jose, CA 95126  
(408) 297-8750  
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF CALIFORNIA

In re:  
                               Chapter 13  
                               Case No. 14-5-4584 SLJ

Richard Alan Pierce

                               CERTIFICATE OF SERVICE RE  
Debtor                  /      STATEMENT OF DEBTOR'S ATTORNEY RE  
                               MOTION FOR RELIEF FROM STAY

I, the undersigned, declare that I am employed in the County of Santa Clara. I am over the age of 18 years and not a party to the within entitled action. My business address is 1570 The Alameda, Suite 223, San Jose, California.

On February 23, 2015, I served the within STATEMENT OF DEBTOR'S ATTORNEY RE MOTION FOR RELIEF FROM STAY by placing a true copy thereof in a sealed envelope with postage thereon prepaid in the United States Mail at San Jose, California, addressed as follows:

    David B. Rao  
    Binder & Malter  
    2775 Park Avenue  
    Santa Clara, CA 95050

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on February 23, 2015, at San Jose, California.

Dated: February 23, 2015