DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
) Case No. 14-54584 SLJ
RICHARD ALAN PIERCE )
) **REQUEST FOR ENTRY OF ORDER**
) **BY DEFAULT WITH DECLARATION**
) **AND CERTIFICATE OF SERVICE**
)
) Claimant: PACE SUPPLY CORP
) Court Claim No. 12
Debtor )

DEVIN DERHAM-BURK requests an Order sustaining her objection to the above claim pursuant to Local Rule 9014-1, and the declaration below. A proposed Default Order is submitted concurrently with this request.

DECLARATION OF DEFAULT

On February 10, 2015, a copy of the Objection to Claim and Notice of Opportunity for Hearing was served on Claimant as follows:

PACE SUPPLY CORP
6000 STATE FARM DR #200
ROHNERT PARK, CA 94928

More than twenty-one (21) days have elapsed since such service and the Trustee has not received a response or request for hearing. I declare under penalty of Perjury that the foregoing is true and correct.

Dated: March 09, 2015

/s/ _____
DEVIN DERHAM-BURK, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re Richard Alan Pierce

Debtor(s) _____/

Chapter 13
Case No.: 14-54584 SLJ
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY
FOR HEARING; CERTIFICATE OF SERVICE

CLAIMANT: Pace Supply Corp
CLAIM NO: 12

The Trustee objects to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| Pace Supply Corp<br>6000 State Farm Dr #200<br>Rohnert Park CA 94928 | $283,076.22 | February 4, 2015 |

___ does not include a copy of the underlying judgment.
___ does not include a copy of the security agreement and evidence of perfection.
_X_ fails to assert grounds for priority .
___ does not include a copy of the assignment(s) upon which it is based.
___ not entitled to priority under Section U.S.C. §507(a).
_X_ Fails to provide support for a priority claim.

The Objecting Party will ask the Court to enter an Order providing that the claim is:
___ allowed as a secured claim in the amount of:   $_____
_X_ allowed as an unsecured claim in the amount of:  $283,076.22
___ disallowed in its entirety
___ _____.

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: February 10, 2015

Devin Derham Burk
Chapter 13 Standing Trustee
P.O. Box 50013
San Jose, CA 95150
(408) 354-4413

**CERTIFICATE OF SERVICE**

I am not less than 18 years of age and not a party to the within case. My business address is: 983 University Ave, Bldg C-100, Los Gatos, CA 95032. I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Gatos, California, on the date noted below and addressed to the Claimant above, and on those listed below. I declare, under penalty of perjury, that the foregoing is true and correct.

Attorney for Debtor(s)
Gold & Hammes
1570 The Alameda #223
San Jose CA 95126

Debtor
Richard Pierce
1875 Blossom Hill Rd
San Jose CA 95124

Dated : February 10, 2015 at Los Gatos, California.

/s/ Ethel Gutierrez

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am a citizen of the United States, over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032. I served the Request for Entry of Order on Objection to Claim by placing same in an envelope in the U.S. Mail at Los Gatos, California on March 09, 2015. Said envelopes were addressed as follows:

RICHARD ALAN PIERCE
1875 BLOSSOM HILL RD
SAN JOSE, CA 95124

GOLD & HAMMES
1570 THE ALAMEDA #223
SAN JOSE, CA 95126

PACE SUPPLY CORP
6000 STATE FARM DR #200
ROHNERT PARK, CA 94928

Dated: March 09, 2015

/s/ Ethel Gutierrez

Office of DEVIN DERHAM-BURK
Chapter 13 Standing Trustee