

Entered on Docket
March 20, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775
mcfallon@fallonlaw.net

Attorney for Pace Supply Corp.

The following constitutes
the order of the court. Signed March 19, 2015

Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Richard Alan Pierce
dba Pierce Plumbing
fdba Pierce Mechanical

    Debtor.
_____/

Case No. 14-54584

Chapter 13

Date: March 19, 2015
Time: 10:00 a.m.
Ctrm: Hon. Stephen L. Johnson
      280 South First Street
      San Jose, California

ORDER RE MOTION TO DISMISS

The matter of the motion of Pace Supply Corp, a creditor, for the dismissal of this chapter 13 case came on for hearing before the Honorable Stephen L. Johnson on March 19, 2014. Pace Supply Corp appeared through its counsel, Michael Fallon; the debtor appeared through his counsel James Gold. For the reasons stated in the record and good cause appearing,

IT IS HEREBY ORDERED that this case shall be dismissed effective April 3, 2015, unless by that date the debtor has converted the case to chapter 7.

**END OF ORDER**