DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT

IN RE:                        )

                            )

RICHARD ALAN PIERCE     )

                            )

                            )

                            )

Debtor                  )

CHAPTER 13
CASE NO. 14-54584 SLJ

**STATEMENT ADJOURNING 341(a)**
**MEETING OF CREDITORS**
**Fed. R. Bankr. P. 2003(e)**

According to the Trustee's records, the Debtor in this Chapter 13 case failed to appear at the First Meeting of Creditors as required by 11 U.S.C. §341(a). A continued First Meeting of Creditors shall be held at the date and time referenced below.

According to the Trustee's records, the Debtor in this Chapter 13 case failed to provide acceptable picture identification and/or proof of Social Security Number at the First Meeting of Creditors. A continued First Meeting of Creditors shall be held at the date and time referenced below. Debtor must provide acceptable picture identification and proof of Social Security Number.

**DATE: April 10, 2015**
**TIME: 11:30 am**

**LOCATION:** **280 S. 1st St. Room 130**
**San Jose, CA 95113-3002**

**Debtor Must Attend!**

## CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032. I served a copy of the Notice of Continuance of Meeting of Creditors by placing same in an envelope in the U.S. Mail at Los Gatos, California on March 20, 2015. Said envelopes were addressed as follows:

RICHARD ALAN PIERCE
1875 BLOSSOM HILL RD
SAN JOSE, CA 95124

/s/ Tania Gomes
Office of Devin Derham-Burk, Trustee

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.