| | |
|---|---|
| 1 | AUSTIN P. NAGEL, ESQ. |
| | California State Bar #118247 |
| 2 | LAW OFFICES OF AUSTIN P. NAGEL |
| | 111 Deerwood Road, Suite 305 |
| 3 | San Ramon, California 94583 |
| | Telephone: (925) 855-8080 |
| 4 | Facsimile: (925) 855-8090 |

**The following constitutes
the order of the court. Signed April 14, 2015**

Attorneys for Secured Creditor
BMW BANK OF NORTH AMERICA,
a Utah Industrial Bank and wholly owned
subsidiary of BMW Financial Services NA, LLC

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

RICHARD A. PIERCE,

    Debtor.

_____/

Case No. 14-54584 SLJ
(Chapter 13 Proceeding)

R.S. No. APN-2615

ORDER REGARDING BMW BANK OF NORTH
AMERICA, A UTAH INDUSTRIAL BANK AND
WHOLLY OWNED SUBSIDIARY OF BMW
FINANCIAL SERVICES NA, LLC'S MOTION
FOR RELIEF FROM AUTOMATIC STAY RE:
2011 BMW 335I (V.I.N. WBAKG1C55BE618273)

Date: March 31, 2015
Time: 10:30 a.m.
Judge: Stephen Johnson
Ctrm: #3099,
      280 S. First Street,
      San Jose, CA

    On March 31, 2015, a hearing was held before the above-entitled Court regarding BMW BANK OF NORTH AMERICA, a Utah Industrial Bank and wholly owned subsidiary of BMW Financial Services NA, LLC's (hereinafter referred to as "Movant") Motion For Relief From Automatic Stay under 11 U.S.C. § 362(d)(1) pertaining to that 2011 BMW 335I, (V.I.N. WBAKG1C55BE618273) (hereinafter referred to as the "property").

    All appearances having been duly entered on the record and after oral, documentary, and/or competent evidence was considered, the above-entitled Court found and ordered as follows:

    IT IS HEREBY ORDERED that Movant's Motion For Relief From Automatic Stay, as it pertains to the aforementioned property, is hereby granted. Therefore, IT IS HEREBY FURTHER ORDERED that upon

entry hereof, the automatic stay provisions currently in force and effect as they pertain to the interest of the Debtor, RICHARD A. PIERCE, as well as to the interest of Chapter 13 Trustee, Devin Derham-Burk, and to the interest of the United States Trustee in the aforementioned property are hereby lifted and IT IS HEREBY FURTHER ORDERED that the provisions of Federal Rules of Bankruptcy Procedure Rule 4001(a)(3) shall not apply.

This Order grants relief from the automatic stay provisions heretofore pending in the above-captioned action to allow Movant to repossess and sell its collateral. IT IS HEREBY FURTHER ORDERED, however, that any deficiency remaining on this account shall remain subject to the automatic stay provisions pending in the above-captioned action and any discharge granted in this action.

IT IS HEREBY FURTHER ORDERED that such relief will allow Movant, to send to any party or parties protected by the stay under the applicable provisions of 11 U.S.C. § 362, any and all notice required by State and/or Federal law, regulation or statute.

IT IS HEREBY FURTHER ORDERED that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

** END OF ORDER **

ACGBK.138

**COURT SERVICE LIST**

Electronically mailed to ECF registered participants